```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JENN-CHING LUO | : | **LEAD DOCKET** |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| OWEN J. ROBERTS SCHOOL | : | |
| DISTRICT, et al. | : | NO. 14-6354 |

| | | |
|---|---|---|
| JENN-CHING LUO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OWEN J. ROBERTS SCHOOL | : | NO. 17-1508 |
| DISTRICT, et al. | : | |

| | | |
|---|---|---|
| JENN-CHING LUO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OWEN J. ROBERTS SCHOOL | : | NO. 21-1098 |
| DISTRICT, et al. | : | |

ORDER

AND NOW, this 10th day of October, 2024, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Owen J. Roberts School District to dismiss the appeals of plaintiff Jenn-Ching Luo of administrative decisions in Luo V and Luo VI pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, et seq. ("IDEA") (Doc. # 157 in Civil Action No. 14-6354), is GRANTED;

(2) The motion of defendant Pennsylvania Department of Education to dismiss plaintiff's appeal of the administrative

decision in <u>Luo V</u> pursuant to the IDEA (Doc. # 47 in Civil Action No. 17-1508) is GRANTED;

(3)  The second supplemental motion of defendant Pennsylvania Department of Education to dismiss plaintiff's appeals of the administrative decisions in <u>Luo VI</u> pursuant to the IDEA (Doc. # 52 in Civil Action No. 21-1098) is GRANTED;

(4)  All claims in Civil Action No. 17-1508 (<u>Luo V</u>), including the Section 1415(i)(2) IDEA appeal, are DISMISSED; and

(5)  All claims in Civil Action No. 21-1098 (<u>Luo VI</u>), including the Section 1415(i)(2) IDEA appeals, are DISMISSED;

(6)  The motion for reconsideration of plaintiff Jenn-Ching Luo of the order denying plaintiff's motion for entry of default in 17-1508 (Doc. # 148 in Civ. A. No. 14-6354) is DENIED; and

(7)  The motion for reconsideration of plaintiff Jenn-Ching Luo of the order denying plaintiff's motion for entry of default in 21-1098 (Doc. # 149 in Civ. A. No. 14-6354) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                  J.